IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ERNEST HENDERSON,                    :

    Plaintiff,                            :

vs.                                  :   CA 09-0769-CG-C

NCO FINANCIAL SYSTEMS,               :

    Defendant.                           :

## ORDER

After due and proper consideration of all portions of this file deemed

relevant to the issues raised, and there having been no objections filed, the

recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)

and dated March 12, 2010 (Doc. 14) is **ADOPTED** as the opinion of this court.

    **DONE and ORDERED** this 31st day of March, 2010.


                    /s/ Callie V. S. Granade
                **UNITED STATES DISTRICT JUDGE**