## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ERNEST HENDERSON,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | CA 09-0769-CG-C |
| **NCO FINANCIAL SYSTEMS,** | : | |
| **Defendant.** | : | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant's Fed.R.Civ.P. 12(b)(6) Motion to Dismiss (Doc. 6) is **GRANTED** and that Plaintiff's claims are hereby **DISMISSED**.

**DONE and ORDERED** this 31st day of March, 2010.

/s/ Callie V. S. Granade
**UNITED STATES DISTRICT JUDGE**